## DANNY LOWERY *v.* MICHAEL STEINBACH ET AL.
### (AC 28113)

McLachlan, Gruendel and Berdon, Js.

Argued October 15—officially released October 30, 2007

Per Curiam. The judgment is affirmed.

## MARIO SEGOVIA *v.* SUSAN SEGOVIA
### (AC 28173)

Flynn, C. J., and Lavine and West, Js.

Argued October 24—officially released December 11, 2007

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* REGINALD COREY
### (AC 27925)

Flynn, C. J., and McLachlan and Lavine, Js.

Submitted on briefs November 15—officially released December 11, 2007

Per Curiam. The judgment is affirmed.